IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA LONDON-WALKER,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **WALGREENS FAMILY OF COMPANIES,** | : | |
| *Defendant.* | : | NO. 23-cv-2868 |

# ORDER

**AND NOW**, this **4th** day of **October 2023**, upon consideration of Defendant, Walgreen Eastern Co., Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 7), and having there been no response by Plaintiff, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Defendant's Motion (ECF No. 7) is **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**